UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHCOTE HOLDINGS CORP., INC., <br><br> Plaintiff, <br><br> v. <br><br> LEAPFROG ENTERPRISES INC., <br><br> Defendant. | Case No.: C 11-0528 PSG <br><br> **SCHEDULING ORDER** |

Pursuant to the ADR Scheduling Order, a case management conference is currently set for May 3, 2011.[1] The court finds it appropriate to set the case management conference for an earlier date. Therefore,

IT IS HEREBY ORDERED that the parties shall appear at 2:00 p.m. on March 1, 2011 for a case management conference in Courtroom 5, 4th Floor of the San Jose Courthouse. The parties shall file their joint case management statement no later than February 22, 2011.

IT IS FURTHER ORDERED that the parties are required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than

---

[1] *See* 2/3/11 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 72).

ORDER, *page 1*

February 15, 2011.

Dated: February 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge