UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEATHCOTE HOLDING CORP., INC., <br><br> Plaintiff, <br> v. <br> LEAPFROG ENTERPRISES, INC., <br><br> Defendant. | Case No.: C 11-00528 PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

A case management conference was scheduled to be held on March 1, 2011, and the parties have requested that the case management conference be continued. IT IS HEREBY ORDERED that the case management conference shall be continued to March 22, 2011.

This case has been assigned to a Magistrate Judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS FURTHER ORDERED that no later than March 15, 2011, the parties shall file a Joint Case Management Statement.

IT IS FURTHER ORDERED that no later than March 8, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for

ORDER, *page 1*

1  Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)
2  section of the court's website at www.cand.uscourts.gov.

4  Dated: February 28, 2011

                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge